AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ZAREFSKY, RALPH | CA, C | 04/30/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE/FULL-TIME | ☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>04/30/2015 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT
255 EAST TEMPLE STREET
LOS ANGELES, CALIFORNIA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lecturer | University of California - Irvine Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAREFSKY, RALPH | 04/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Hannah L. Cayton Trust - Disbursement | $980.00 |
| 2. 2014 | University of California - Irvine Law School: Salary | $5,200.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | American Jewish University - Salary |
| 2. 2014 | MAZON - A Jewish Response to Hunger: Consulting |
| 3. 2014 | Friends of Sheba Medical Center - Salary |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ZAREFSKY, RALPH** | 04/30/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAREFSKY, RALPH | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (Checking Account) | A | Interest | J | T | | | | | |
| 2. ExxonMobil Common Stock | D | Dividend | N | T | | | | | |
| 3. Davis NY Venture Fund (IRA) | A | Dividend | M | T | | | | | |
| 4. Invesco American Franchise Common Stock (IRA) | | None | K | T | | | | | |
| 5. Chas. Schwab Money Market Funds (IRA) | A | Interest | J | T | | | | | See Note, Section VIII |
| 6. Mass. Mutual Group Universal Life (Life Ins Inv) | A | Interest | J | T | | | | | |
| 7. Invesco VK Equity & Income Fund | D | Dividend | M | T | | | | | |
| 8. Massachusetts Investors Growth Stock Fund Common Stock (IRA) | B | Dividend | M | T | | | | | |
| 9. Federated International Small Cap Fund Common Stock (IRA) | | None | L | T | | | | | |
| 10. Blackrock High Yield Bond Fund (formerly Merrill Lynch High | E | Dividend | M | T | | | | | |
| 11. Davis NY Venture Fund | A | Dividend | J | T | | | | | See Note, Section VIII |
| 12. Federated International Small Cap Fund Common Stock | | None | J | T | | | | | See Note, Section VIII |
| 13. American Washington Mutual Investors Fund, Inc. (IRA) | C | Dividend | M | T | | | | | |
| 14. American Washington Mutual Investors Fund, Inc. | A | Dividend | J | T | Sold (part) | 07/07/14 | J | A | See Note, Section VIII |
| 15. | | | | | Sold (part) | 02/09/15 | J | A | |
| 16. American Inc. Fd. of America (IRA) | D | Dividend | M | T | | | | | |
| 17. Morgan Stanley Bank (IRA) | A | Interest | J | T | | | | | See Note, Section VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAREFSKY, RALPH | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley Bank | A | Interest | J | T | | | | | See Note, Section VIII |
| 19. Morgan Stanley Bank | A | Interest | J | T | | | | | See Note, Section VIII |
| 20. DFA Int'l Real Est. Sec. Portfolio (Common Stock) (IRA) | A | Dividend | J | T | Sold (part) | 01/29/14 | J | A | |
| 21. | | | | | Sold (part) | 04/24/14 | J | A | |
| 22. | | | | | Sold (part) | 07/16/14 | J | A | |
| 23. | | | | | Sold (part) | 09/24/14 | J | A | |
| 24. | | | | | Sold (part) | 01/30/15 | J | A | |
| 25. DFA Real Estate Sec. Portfolio (Common Stock) (IRA) | A | Dividend | J | T | Sold (part) | 01/07/14 | J | A | |
| 26. | | | | | Sold (part) | 04/03/14 | J | A | |
| 27. | | | | | Sold (part) | 06/09/14 | J | A | |
| 28. | | | | | Sold (part) | 08/26/14 | J | A | |
| 29. | | | | | Sold (part) | 09/24/14 | J | A | |
| 30. | | | | | Sold (part) | 12/29/14 | J | A | |
| 31. | | | | | Sold (part) | 04/06/15 | J | A | |
| 32. DFA 2-Yr. Global Fixed Income Portfolio (IRA) | A | Dividend | J | T | Sold (part) | 01/07/14 | J | | |
| 33. | | | | | Sold (part) | 04/03/14 | J | | |
| 34. | | | | | Sold (part) | 06/09/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAREFSKY, RALPH | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 07/16/14 | J | | |
| 36. | | | | | Sold (part) | 09/17/14 | J | | |
| 37. | | | | | Sold (part) | 12/29/14 | J | | |
| 38. | | | | | Sold (part) | 04/06/15 | J | | |
| 39. Charles Schwab Advance Cash Reserve (IRA) | A | Interest | J | T | | | | | See Note, Section VIII |
| 40. DFA Inflation Protected Securities Portfolio (IRA) | A | Dividend | J | T | Sold (part) | 01/07/14 | J | A | |
| 41. | | | | | Sold (part) | 04/03/14 | J | A | |
| 42. | | | | | Sold (part) | 06/09/14 | J | A | |
| 43. | | | | | Sold (part) | 07/16/14 | J | A | |
| 44. | | | | | Sold (part) | 09/17/14 | J | A | |
| 45. | | | | | Sold (part) | 12/29/14 | J | A | |
| 46. | | | | | Sold (part) | 04/06/15 | J | A | |
| 47. DFA 1-Yr. Fixed Income Portfolio (IRA) | A | Dividend | K | T | Sold (part) | 01/07/14 | J | | |
| 48. | | | | | Sold (part) | 04/03/14 | J | A | |
| 49. | | | | | Sold (part) | 06/09/14 | J | | |
| 50. | | | | | Sold (part) | 09/12/14 | J | | |
| 51. | | | | | Buy (add'l) | 04/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAREFSKY, RALPH | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/26/14 | J | | |
| 53. | | | | | Sold (part) | 12/29/14 | K | A | |
| 54. | | | | | Sold (part) | 4/6/15 | K | A | |
| 55. DFA International Core Equity Portfolio (IRA) | A | Dividend | J | T | Sold (part) | 01/07/14 | J | B | |
| 56. | | | | | Sold (part) | 04/03/14 | J | A | |
| 57. | | | | | Sold (part) | 06/09/14 | J | A | |
| 58. | | | | | Sold (part) | 07/16/14 | J | A | |
| 59. | | | | | Sold (part) | 09/17/14 | J | A | |
| 60. | | | | | Sold (part) | 12/29/14 | J | A | |
| 61. | | | | | Sold (part) | 04/06/15 | J | A | |
| 62. DFA Large Cap Int'l Portfolio (IRA) | A | Dividend | J | T | Sold (part) | 01/07/14 | J | A | |
| 63. | | | | | Sold (part) | 04/03/14 | J | A | |
| 64. | | | | | Sold (part) | 06/09/14 | J | A | |
| 65. | | | | | Sold (part) | 08/26/14 | J | A | |
| 66. | | | | | Sold (part) | 09/24/14 | J | A | |
| 67. | | | | | Sold (part) | 12/29/14 | J | A | |
| 68. | | | | | Sold (part) | 04/06/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAREFSKY, RALPH | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DFA U.S. Core Equity 2 Portfolio (IRA) | A | Dividend | J | T | Sold (part) | 01/07/14 | J | A | |
| 70. | | | | | Sold (part) | 04/03/14 | J | A | |
| 71. | | | | | Sold (part) | 06/09/14 | J | A | |
| 72. | | | | | Sold (part) | 07/16/14 | J | A | |
| 73. | | | | | Sold (part) | 09/17/14 | J | A | |
| 74. | | | | | Sold (part) | 12/29/14 | J | A | |
| 75. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 76. | | | | | Sold (part) | 04/06/15 | J | A | |
| 77. DFA U.S. Large Cap Value Portfolio (IRA) | A | Dividend | J | T | Sold (part) | 01/07/14 | J | A | |
| 78. | | | | | Sold (part) | 04/03/14 | J | A | |
| 79. | | | | | Sold (part) | 06/09/14 | J | A | |
| 80. | | | | | Sold (part) | 07/16/14 | J | A | |
| 81. | | | | | Sold (part) | 09/17/14 | J | A | |
| 82. | | | | | Sold (part) | 12/29/14 | J | A | |
| 83. | | | | | Sold (part) | 04/06/15 | J | A | |
| 84. DFA U.S. Targeted Value Portfolio (IRA) | A | Dividend | J | T | Sold (part) | 01/07/14 | J | A | |
| 85. | | | | | Sold (part) | 04/03/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAREFSKY, RALPH | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold (part) | 06/09/14 | J | A | |
| 87. | | | | | Sold (part) | 08/26/14 | J | A | |
| 88. | | | | | Sold (part) | 09/17/14 | J | A | |
| 89. | | | | | Sold (part) | 12/29/14 | J | A | |
| 90. | | | | | Sold (part) | 04/06/15 | J | A | |
| 91. Verizon Common Stock | | None | J | T | | | | | |
| 92. State of Israel Bonds | | None | J | T | | | | | |
| 93. Lincoln Financial Group Fixed Acct. (403(B)) | | None | J | T | | | | | |
| 94. LVIP Del Foundation Conservative Alloc. (403(B)) | | None | K | T | | | | | |
| 95. LVIP Delaware Growth & Income (403(B)) | | None | K | T | | | | | |
| 96. Lincoln Financial Group Fixed Acct. (403(B)) | | None | J | T | | | | | See Note, Section VIII |
| 97. LVIP Del Foundation Conservative Alloc. (403(B)) | | None | J | T | | | | | See Note, Section VIII |
| 98. LVIP Delaware Growth & Income (403(B)) | | None | J | T | | | | | See Note, Section VIII |
| 99. CREF Money Market (403(B)) | | None | L | T | | | | | |
| 100. CREF Growth Fund (403(B)) | | None | K | T | | | | | |
| 101. Vanguard Total Stock Mkt Indx | | None | J | T | | | | | |
| 102. Chase CD | | None | | | Closed | 09/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ZAREFSKY, RALPH | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Bank of America (Savings Accts) | A | Interest | J | T | | | | | See Note, Section VIII |
| 104. Vanguard Growth Index Fund | A | Dividend | J | T | | | | | |
| 105. Bank of America Money Mkt. Acct. | A | Interest | K | T | | | | | |
| 106. DFA Investment Grade Port (IRA) | B | Dividend | K | T | Sold (part) | 01/07/14 | J | | |
| 107. | | | | | Sold (part) | 04/03/14 | J | | |
| 108. | | | | | Sold (part) | 06/09/14 | J | A | |
| 109. | | | | | Sold (part) | 07/16/14 | J | A | |
| 110. | | | | | Sold (part) | 09/17/14 | J | A | |
| 111. | | | | | Sold (part) | 12/29/14 | J | A | |
| 112. | | | | | Sold (part) | 04/16/15 | J | A | |
| 113. Rental Property in Los Angeles, CA (Spouse's 1/3 Interest) | E | Rent | N | Q | | | | | See Note, Section VIII |
| 114. Real Property in Laguna Beach, CA (Spouse's 1/3 Interest) | | None | M | Q | | | | | See Note, Section VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item VII, No. 5. Proceeds from the Money Market Reserves account are now "swept" on a periodic basis into an account at Charles Schwab Bank, N.A. which pays bank interest, the amount of which is included in the amount listed here.

Item VII, No. 11. Davis NY Venture Stock is held in accounts separate from the Davis NY Venture Stock held in an IRA, and identified as Section VII, Item 3.

Item VII, No. 12. Federated International Small Cap Fund Common Stock is held in accounts separate from the Federated International Small Cap Fund Common Stock held in an IRA, and identified as Section VII, Item 9.

Item VII, No. 14. American Washington Mutual Investors Fund, Inc. stock is held in separate account from the American Washington Mutual Investors Fund, Inc. Stock (IRA) identified in Section VII, Item No. 13.

Item VII, No. 17. Morgan Stanley Bank holds cash and money market funds, and interest on various mutual funds as well as money market funds, is "swept" into the account.

Item VII, No. 18. The account at Morgan Stanley Bank is separate from the accounts identified in Item VII, Nos. 17 and 19, and holds cash or money market funds.

Item VII, No. 19. The account at Morgan Stanley Bank is separate from the accounts identified in Item VII, Nos. 17 and 18, and holds cash or money market funds.

Item VII, No. 39. Dividends are periodically swept into this account, earning interest, prior to reinvestment.

Item VII, No. 96. The assets listed here are held in a separate account from those listed in Item VII, No. 93.

Item VII, No. 97. The assets listed here are held in a separate account from those listed in Item VII, No. 94.

Item VII, No. 98. The assets listed here are held in a separate account from those listed in Item VII, No. 95.

Item VII, No. 103. The assets are held in accounts separate from that listed in Item VII, No. 1.

Item VII, Nos. 113 and 114. The properties were appraised in a report dated April 8, 2013, valuing the interests as of December 27, 2012.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RALPH ZAREFSKY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544